IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| JUAN A. BUSTILLOS,<br>　　Plaintiff,<br><br>v.<br><br>CSK AUTO INC. and CHECKER AUTO PARTS,<br>　　Defendants. | §<br>§<br>§<br>§　EP-06-CA-081-PRM<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, having considered the parties' "Stipulation of Dismissal with Prejudice," filed on October 20, 2006 in the above-captioned cause, is of the opinion that the following Order should be entered:

**IT IS ORDERED** that the above-captioned cause is **DISMISSED WITH PREJUDICE**, with the parties being responsible for their own costs.

SIGNED this 24th day of **October, 2006**.

_____
PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE